UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 05-0066 (PLF) |
| WALTER ANDERSON, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

This matter is before the Court on defendant's motion for temporary release to aid in the preparation of his defense. The government does not oppose defendant's motion and the parties have submitted a joint proposed order. The government has arranged for the Internal Revenue Service to transport defendant to its offices at 500 North Capitol Street, N.W., Washington D.C., up to three (3) times a week as necessary to review records related to this case. Accordingly, it is hereby

ORDERED that [38] defendant's unopposed Motion for Temporary Release for Preparation of Defense is GRANTED; and it is

FURTHER ORDERED that:

1.      Not less than one week prior to any proposed date of temporary release, defendant shall submit a request to the government by notifying in writing IRS Special Agent Matthew Kutz, Assistant United States Attorney Susan B. Menzer, or Karen E. Kelly of the United States Department of Justice, Tax Division. A copy of the written request also shall be provided *in camera* to the Court.

2. On the dates for temporary release, two armed Special Agents from the IRS Criminal Investigation Division shall appear at 9:00 a.m. at the District of Columbia Jail in Washington, D.C. The District of Columbia Department of Corrections shall temporarily release defendant into the custody of those IRS Special Agents, who shall transport defendant from the District of Columbia Jail to 500 North Capitol Street, N.W., for the purpose of reviewing records with defendant's counsel at the offices of the IRS.

3. While defendant is in the temporary custody of the IRS, the defendant shall remain at all times in the custody and control of at least two armed IRS Special Agents and shall not be removed from 500 North Capitol Street, N.W., except for transport between this location and the District of Columbia Jail.

4. No later than 4:00 p.m. on each day of the temporary release, two armed IRS Special Agents shall transport defendant from 500 North Capitol Street, N.W. to the District of Columbia Jail and return him to the custody of the District of Columbia Department of Corrections.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 17, 2005