UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WALTER ANDERSON,<br><br>Defendant. | Criminal No. 05-0066 (PLF) |

ORDER

On October 26, 2005, the Court issued a Memorandum Opinion and Order granting defendant's motion for the appointment of counsel under the Criminal Justice Act, 18 U.S.C. § 3006A. The Court concluded that the appointment of more than one attorney was warranted and appointed the Federal Public Defender for the District of Columbia, "and a second attorney yet to be designated, to represent Mr. Anderson in all matters other than his past and any future motions for pretrial release and any appeals therefrom."[1] Mr. Steven E. Fagell of the law firm of Covington & Burling has agreed to serve as co-counsel for Mr. Anderson. The Court finds such representation to be appropriate and authorized by the Criminal Justice Act.

In consideration of the foregoing, it is hereby

ORDERED that the Court appoints Steven E. Fagell of the law firm of Covington & Burling to represent Mr. Anderson, as co-counsel to the Federal Public Defender, in all matters other than his past and any future motions for pretrial release and any appeals therefrom. Covington & Burling shall be compensated at the rate of $90 an hour as authorized by the

[1] Michelle M. Peterson of the Office of the Federal Public Defender entered an appearance as counsel for defendant on October 27, 2005.

Criminal Justice Act.  See 18 U.S.C. § 3006A(d); 7 GUIDE TO JUDICIARY POLICIES AND PROCEDURES § 2.11(B).  Any additional lawyers from Covington & Burling who work on the case from time-to-time will donate their time *pro bono*.  Mr. Fagell shall enter his appearance in this case promptly; and it is

FURTHER ORDERED that if the defendant is found at any time to have the financial ability to retain, or to have been able to retain counsel in this matter, he shall reimburse the Office of the Federal Public Defender for the District of Columbia and Covington & Burling for the time expended in this case at a reasonable hourly rate (not limited to $90 per hour), as well as for costs and expenses incurred in his representation

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 1, 2005